## UNITED STATES DISTRICT COURT
### District of Minnesota

Sheldon Peters Wolfchild, Ernie Peters Longwalker, Thomas Smith, Scott Adolphson, Morris Pendleton, Barbara Buttes,

                                      Plaintiffs,

v.

Dennis A. Auslam, Michelle D. Auslam, Bruce Robert Black, Lila L. Black, Charles Case, Sandra Clarken, Enid Guggisberg, Harold Guggisberg, Julie Anna Guggisberg, Thomas J. Heiling, John (L.) Hogan, Keefe Family Farm LLC, Allen J. Kokesch, Jacalyn S. Kokesch, Kenneth Larsen, Lee H. Guggisberg Trust UWT, Lyle Black Living Trust, Neil and Donna Berger Family, Charles D. Neitzel, Henry G. O'Neil, Judith A. O'Neil, Kimberly A. Olafson, Scott A. Olafson, Marlene A. Platt, Prouty Properties LLC, Jeanne A. Reynolds, John H. Reynolds, Brenda Scherer, Douglas Scherer, Eugenie Scherer, Willard Scherer, Norma Schmidt, William Schmidt, George F. Schottenbauer, Karen J. Schroeder, Paul W. Schroeder, Sherman Acres LLC, John C. Simmons, Mary J. Simmons, Simmons Valley Trust, TJ & CC Properties LLC, Kim M. Cunningham, Barbara L. Dahms, Elmer C. Dahms, Theresa J. Kerkhoff, Timothy H. Kerkhoff, Kerry D. Maddock, Melvin W. Maddock, Mitchell H. Unruh, Dale R. Hanna, Nancy Hanna, Jon Lussenhop, Lori A. Rebstock, Robert D. Rebstock, Nancy S. Hansen, Patrick T. Hansen, Dawn R. Helmer, Steven R. Helmer, Amy M. Lund, Chad M. Lund, Cynthia Johnson, Eugene A. Engstrom, Larry Lussenhop, Michael R. Rasmussen, Francis Goeltz, Alice Goeltz, John Goeltz, John Goelz III, Kelly M. Lipinski, Janie K. Crooks, Rockford L. Crooks, Allen J. Kokesch, Jacalyn S. Kokesch, Lower Sioux Indian Community, Birch Cooley Township, Honner Township,

**JUDGMENT**

Case number:  14-cv-1597 MJD/FLN

Moltke Township, Paxton Township, Redwood County, Renville County, Sherman Township, Sibley County, Episcopal Diocese of Minnesota, Edward J. Gaasch, Gerald H. Hosek, UT School District, Allan D. Eller,

                                    Defendants.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Defendants' Motions to Dismiss [Doc. Nos. 125, 126, 139, 140, 141, 142, 143, 144, 145, 146, 147, 148, 149, 150, 151, 155, 162, 166 and 182] are GRANTED.  This action is dismissed with prejudice.

| March 5, 2015 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | LP Holden |
| (By) | LP Holden, Deputy Clerk |