UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Sheldon Wolfchild et al.,

     Plaintiffs,

v.                                  ORDER
                                      Civil No. 14-1597 (MJD/FLN)

Redwood County et al.,

     Defendants.

_____

This matter is before the Court on Plaintiffs' motion for a protective order. Included in Plaintiffs' objections to the attorney's fees submissions is the assertion of an inability to pay. Plaintiffs wish to support this assertion with financial information, but seek a protective order prior to filing such financial information.

Despite the fact that Plaintiffs brought this motion after their objections to the attorney's fees submissions were due to the Court, the Court will allow Plaintiffs to submit financial information to the Court for *in camera* review. After this review, the Court will determine the scope of the protective order.

Accordingly,

IT IS HEREBY ORDERED that Plaintiffs may submit to the Court financial

information for *in camera review* on or before 5:00 central time on Friday,

September 18, 2015.

Date:   September 17, 2015

s/ Michael J. Davis
Michael J. Davis
United States District Court